GALIHER DeROBERTIS & WAXMAN LLP
L. RICHARD DeROBERTIS         3179
ILANA K. WAXMAN               8733
ALLISON M. AOKI               6912
ALYSSA R. SEGAWA              9798
CHRISTOPHER L. JOHNSON        11389
820 Mililani Street, Suite 505
Honolulu, Hawai'i 96813
Telephone: (808) 597-1400
Facsimile: (808) 591-2608
E-mail:    alyssa.segawa@galiherlaw.com

NIDEL & NACE, P.L.L.C.
JONATHAN NACE              (*pro hac vice*)
CHRISTOPHER T. NIDEL       (*pro hac vice*)
ZACHARY A. KELSAY          (*pro hac vice*)
One Church Street Suite 802
Rockville, Maryland 20850
Telephone: (202) 780-5153
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARIANA WYATT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:23-cv-00065-LEK-KJM<br><br>PLAINTIFFS' ADDITIONAL MATERIALS PROVIDED DURING HEARING ON [DKT. 148] PLAINTIFFS' MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:　January 7, 2026<br>Time:　11:00 a.m.<br>Judge:　Hon. Kenneth J. Mansfield<br><br>Trial Date: July 7, 2026<br>Judge:　Judge Leslie E. Kobayashi |

PLAINTIFFS' ADDITIONAL MATERIALS PROVIDED DURING HEARING ON [DKT. 148] PLAINTIFFS' MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

On September 16, 2025, Plaintiffs filed their *Motion for Sanctions for Spoliation of Evidence* [Dkt. 148] (hereinafter "Motion"). The hearing on the Motion was held on January 7, 2026 at 11:00 a.m. before The Honorable Magistrate Judge Kenneth J. Mansfield. During the hearing, Plaintiffs' counsel displayed demonstratives to the Court as well as provided hard copies of the demonstratives to the Court.

On January 8, 2026, the Court issued an electronic order [Dkt. 184] requesting Plaintiffs file the materials that they provided to the Court during the hearing on the Motion. In response to the Court's electronic order, Plaintiffs are respectfully filing the requested materials hereto as Exhibits "1" and "2."

Respectfully submitted,

/s/ Alyssa R. Segawa
L. RICHARD DeROBERTIS
ILANA K. WAXMAN
ALYSSA R. SEGAWA
Galiher DeRobertis & Waxman LLP

/s/ Christopher T. Nidel
JONATHAN B. NACE (*pro hac vice*)
CHRISTOPHER T. NIDEL (*pro hac vice*)
ZACHARY A. KELSAY (*pro hac vice*)
Nidel & Nace, P.L.L.C.

Counsel for Plaintiffs