GALIHER DeROBERTIS & WAXMAN LLP
L. RICHARD DeROBERTIS          3179
ILANA K. WAXMAN                8733
ALLISON M. AOKI                6912
ALYSSA R. SEGAWA               9798
820 Mililani Street, Suite 505
Honolulu, Hawai'i 96813
Telephone: (808) 597-1400
Facsimile: (808) 591-2608
E-mail: *alyssa.segawa@galiherlaw.com*

NIDEL & NACE, P.L.L.C.
JONATHAN NACE                  (*pro hac vice*)
CHRISTOPHER T. NIDEL           (*pro hac vice*)
ZACHARY A. KELSAY              (*pro hac vice*)
One Church Street Suite 802
Rockville, Maryland  20850
Telephone: (202) 780-5153

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ARIANA WYATT, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 1:23-cv-00065-LEK-KJM<br><br>PLAINTIFFS' CONSENT MOTION FOR APPROVAL OF SETTLEMENT OF MINOR'S CLAIMS; MEMORANDUM IN SUPPORT OF MOTION<br><br>Judge:   Judge Leslie E. Kobayashi |
|---|---|

PLAINTIFFS' CONSENT MOTION FOR APPROVAL
OF SETTLEMENT OF MINOR'S CLAIMS

Plaintiffs move for approval of the individual settlement reached by the parties on behalf of the minor, I.W. through her guardian Ariana Wyatt.

For the reasons detailed in the accompanying memorandum and Declaration of Counsel, the Plaintiffs posit the settlement of I.W.'s claims is fair, reasonable, and adequate. The Plaintiffs make this Motion following a conference of the parties pursuant to LR 7.8, which occurred on multiple days including February 3, 2026.

This Motion is supported by the accompanying memorandum in support of motion, and the terms of the settlement agreements, and is brought in accordance with HRS § 560:3-1102.

Plaintiffs' counsel have sought and obtained consent by attorneys for Defendant for the relief requested in this motion.

Respectfully submitted,

/s/ Alyssa R. Segawa
L. RICHARD DeROBERTIS
ILANA K. WAXMAN
ALYSSA R. SEGAWA
Galiher DeRobertis & Waxman LLP

/s/ Jonathan B. Nace
JONATHAN B. NACE (*pro hac vice*)
CHRISTOPHER T. NIDEL (*pro hac vice*)
ZACHARY A. KELSAY (*pro hac vice*)
Nidel & Nace, P.L.L.C.

Counsel for Plaintiffs