IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARIANA WYATT, Individually, and )<br>as Next Friend to her minor child, )<br>I.W., and MEREDITH WILSON , )<br> )<br>Plaintiffs, )<br> )<br>vs. )<br> )<br>UNITED STATES OF AMERICA , )<br> )<br>Defendant. )<br>_____ ) | CV 23-00065 LEK-KJM |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on March 03, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Plaintiffs' Consent Motion for Approval of Settlement

of Minor's Claims", ECF No. 200,  are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 18, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge